IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **13-cr-169-JLK**

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.

**1. KELLY SUE PEREA-BELTRAN,**

   Defendant.

---

**MINUTE ORDER SETTING CHANGE OF PLEA HEARING**

---

Judge John L. Kane **ORDERS**

  This matter is before the court on Defendant's Notice of Disposition (doc. #36), filed July 8, 2013. It is

  **ORDERED** that a **Change of Plea Hearing** is set for **July 11, 2013 at 11:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street. The 2-day jury trial set for August 1, 2013 is **VACATED.** The Motions Hearing/Final Trial Preparation Conference set for July 29, 2013 is likewise **VACATED**.

Dated:  July 9, 2013